David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, TIARA LEWIS*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TIARA LEWIS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DRIVETIME AUTOMOTIVE GROUP, INC. dba DRIVETIME,<br><br>　　　　　　　Defendant. | **Case No. 2:16-cv-02138-GMN-CWH**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO DRIVETIME AUTOMOTIVE GROUP, INC. DBA DRIVETIME** |

Plaintiff TIARA LEWIS and DRIVETIME AUTOMOTIVE GROUP, INC. D/B/A DRIVETIME hereby stipulate and agree that the above-entitled action shall

…

…

…

…

…

…

…

…

be dismissed without prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to **<u>DRIVETIME AUTOMOTIVE GROUP, INC. D/B/A DRIVETIME</u>**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:   March 27, 2017

| | |
|---|---|
| By:<br><br><u>/s/David H. Krieger, Esq.</u><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br><u>/s/ Justin A. Shiroff, Esq.</u><br>Justin A. Shiroff, Esq.<br>Ballard Spahr LLP<br>100 North City Parkway<br>Suite 1750<br>Las Vegas, NV 89106<br>*Attorney for Defendant  DRIVETIME AUTOMOTIVE GROUP, INC. D/B/A DRIVETIME* |

### **<u>ORDER</u>**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: \_\_\_\_\_March 27, 2017_____